■ Manhattan Cable TV Services, Division of Sterling Information Services, Inc., Appellant, v Michael Freyberg et al., Constituting the Tax Commission of the City of New York, Respondents.—Motion for modification of the order of this court entered on March 29, 1979 (68 AD2d 873) which granted leave to appeal to the Court of Appeals, granted as indicated

in the order of this court. Concur—Kupferman, J. P., Fein, Sullivan and Markewich, JJ.